| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

LEONARD GUY, §
　　　　　　　　　　　　　　　　　§
　　　　　Plaintiff,　　　　　　　§
　　　　　　　　　　　　　　　　　§
*versus*　　　　　　　　　　　　　§　　CIVIL ACTION NO. 1:10-CV-67
　　　　　　　　　　　　　　　　　§
SERGEANT DOWELL, *et al.*,　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　Defendants.　　　　　　 §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Leonard Guy, an inmate confined at the Stiles Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 25th day of July, 2011.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE